B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Louisiana

In re   **Bridge Foods, Inc.**                                      Case No.  _____

                                    Debtor(s)                       Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AAA Cooper Transport<br>P.O. Box 935003<br>Atlanta, GA 31193 | AAA Cooper Transport<br>P.O. Box 935003<br>Atlanta, GA 31193 | | | 4,124.13 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | | | 5,800.00 |
| Berlin Packaging<br>13788 West Road<br>Houston, TX 77041 | Berlin Packaging<br>13788 West Road<br>Houston, TX 77041 | | | 3,902.42 |
| Bunzil/Papercraft<br>101 Delta Dr<br>Saint Rose, LA 70087 | Bunzil/Papercraft<br>101 Delta Dr<br>Saint Rose, LA 70087 | | | 4,650.00 |
| C.H. Robinson Wordwide<br>2424 Edenborn Ave.<br>Metairie, LA 70001 | C.H. Robinson Wordwide<br>2424 Edenborn Ave.<br>Metairie, LA 70001 | | | 19,518.93 |
| Chase Bankcard<br>P.O. Box 94014<br>Palatine, IL 60094 | Chase Bankcard<br>P.O. Box 94014<br>Palatine, IL 60094 | | | 7,000.00 |
| City of New Orleans<br>New Orleans City Hall, Room 4E01<br>1300 Perdido Street<br>New Orleans, LA 70112 | City of New Orleans<br>New Orleans City Hall, Room 4E01<br>1300 Perdido Street<br>New Orleans, LA 70112 | | Contingent<br>Unliquidated<br>Disputed | 33,000.00 |
| Comexa Foods<br>Km 3 Via Mamonal<br>Cartagena, Colombia | Comexa Foods<br>Km 3 Via Mamonal<br>Cartagena, Colombia | | | 4,000.06 |
| Diamond Paper Co.<br>100 Campus Dr.<br>Destrehan, LA 70047 | Diamond Paper Co.<br>100 Campus Dr.<br>Destrehan, LA 70047 | | | 4,093.59 |
| Dr. Godwin Ogbokiri<br>7200 Lake Barrington Dr.<br>New Orleans, LA 70128 | Dr. Godwin Ogbokiri<br>7200 Lake Barrington Dr.<br>New Orleans, LA 70128 | | | 14,000.00 |
| Ecolab Inc.<br>P.O. Box 70343<br>Chicago, IL 60673 | Ecolab Inc.<br>P.O. Box 70343<br>Chicago, IL 60673 | | | 32,340.07 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Bridge Foods, Inc.**                                              Case No. _____

                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Fed-Ex<br>P.O. Box 94515<br>Palatine, IL 60094 | Fed-Ex<br>P.O. Box 94515<br>Palatine, IL 60094 | | | 34,751.72 |
| Gibson Chigbu<br>7001 Lake Barrington<br>New Orleans, LA 70128 | Gibson Chigbu<br>7001 Lake Barrington<br>New Orleans, LA 70128 | | | 50,000.00 |
| Gulf Coast Shippers<br>3337 North Hullen Street<br>Metairie, LA 70002 | Gulf Coast Shippers<br>3337 North Hullen Street<br>Metairie, LA 70002 | | Contingent<br>Unliquidated<br>Disputed | 21,224.01 |
| Mardi Gras Logistics<br>1121 South Claiborne<br>New Orleans, LA 70125 | Mardi Gras Logistics<br>1121 South Claiborne<br>New Orleans, LA 70125 | | | 5,967.33 |
| Old Dominion Freight<br>500 Old Dominion Way<br>Thomasville, NC 27360 | Old Dominion Freight<br>500 Old Dominion Way<br>Thomasville, NC 27360 | | | 10,195.66 |
| Packers Canning<br>4856 First Street<br>New Era, MI 49446 | Packers Canning<br>4856 First Street<br>New Era, MI 49446 | | | 93,447.28 |
| Richmark Label<br>1110 East Pine Street<br>Seattle, WA 98122 | Richmark Label<br>1110 East Pine Street<br>Seattle, WA 98122 | | | 3,960.00 |
| SAIA Motor Freight<br>P.O. Box 730532<br>Dallas, TX 75373 | SAIA Motor Freight<br>P.O. Box 730532<br>Dallas, TX 75373 | | | 11,255.08 |
| Vitro Packaging, Inc.<br>13711 Regional Drive<br>Laredo, TX 78045 | Vitro Packaging, Inc.<br>13711 Regional Drive<br>Laredo, TX 78045 | | | 8,608.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **9-2-14**          Signature  *Henry Chigbu*
                                     Henry Chigbu
                                     President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy